UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BINDAY,

CASE NO.: 1:17-cv-04723

Petitioner,

v.

AFFIDAVIT IN SUPPORT OF MOTION
TO APPEAR PRO HAC VICE

UNITED STATES OF AMERICA,

Respondent.

I, Brandon K. Breslow, do hereby depose and state as follows:

1. I am an attorney at the law firm of Kynes, Markman & Felman, P.A. which maintain an office at 100 South Ashley Drive, Suite 1300, Tampa, Florida.

2. I am a member of the bar of the state of Florida. I am also admitted to practice before the United States Court of Appeals for the Eleventh Circuit, United States District Court for the Middle District of Florida, United States District Court for the Southern District of Florida, and United States District Court for the Northern District of Florida

3. I am a member in good standing and eligible to practice in each court in which I have been admitted to practice and there are no disciplinary proceedings pending against me in any jurisdiction in which I have been admitted to practice.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court in which I sought admission.

5. I have never been convicted of a felony.

6. I am familiar with the Local Rules for the United States District Court for the Southern District of New York.

*[signature]*

BRANDON K. BRESLOW

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

BEFORE ME, the undersigned authority, appeared James E. Felman who is personally known to me, who states that he has read the foregoing Affidavit and that matters set forth therein are true and correct to the best of their knowledge.

WITNESS my hand and official seal in the County and State last aforesaid the 27th day of June, 2017.

*[signature]*

CHRISTINA BARTEAUX
NOTARY PUBLIC
STATE OF FLORIDA

CHRISTINA BARTEAUX
MY COMMISSION # FF 198894
EXPIRES: April 27, 2019
Bonded Thru Notary Public Underwriters

-2-