**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

MICHAEL BINDAY,                                                    CASE NO.: 1:17-cv-04723

    Petitioner,                                                    **ORDER FOR ADMISSION**
                                                                            **TO APPEAR PRO HAC VICE**
v.

UNITED STATES OF AMERICA,

    Respondent.
_____

    The motion of applicant, Brandon K. Breslow, for admission to practice Pro Hac Vice in the above captioned action is granted.

    The applicant has declared that he is a member in good standing of the bar of the State of Florida; and his contact information is as follows:

Brandon K. Breslow, Esquire
Kynes, Markman & Felman, PA
100 S. Ashley Drive, Suite 1300
Tampa, FL 33602
(813) 229-1118 – telephone
(813) 221-6750 – facsimile
BBreslow@kmf-law.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Petitioner, Michael Binday, in the above-entitled action.

    IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of

New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District Judge